IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-2225-AP**

**JULIE ANNE CARY,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

On February 25, 2014, this court issued an Order to Show Cause requiring *pro se* plaintiff, Julie Ann Carey, to show cause in writing why her case should not be dismissed for failure to prosecute.  Plaintiff did not respond.  It is, therefore

ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this 11th day of March, 2014.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT